IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD IBANEZ, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-1406 |
| | : | |
| v. | : | |
| | : | |
| ABBOTT LABORATORIES, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this 14th day of November, 2011, it is hereby ORDERED that (1) Plaintiff's Motion for Summary Judgment (Docket No. 44) is DENIED, and (2) Defendant's Motion for Summary Judgment (Docket No. 54) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II
United States District Judge